IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | |
| G & S FOUNDRY & ) | In Proceedings under Chapter 11 |
| MANUFACTURING COMPANY, ) | |
| ) | Case No. 14-40431 |
| Debtor. ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 2090(B), the undersigned attorney moves for admission pro hac vice to the United States Bankruptcy Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of First Bank.

In support of this Motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of Missouri, the United States District Court for the Eastern District of Missouri and the United States Bankruptcy Court for the Eastern District of Missouri. The state bar number issued to me is 31682.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this Court.

Signed on: 3/5/15
Date

[signature]
Signature of Movant

150 N. Meramec Ave., Ste. 400
Street Address

St. Louis, MO 63105
City, State, Zip

Subscribed and sworn to before me, a notary public, this 5th day of March, 2015.

[signature]
Notary Public

"NOTARY SEAL"
Danette Carpenter, Notary Public
St. Louis County, State of Missouri
My Commission Expires 7/26/2018
Commission Number 14433474

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was electronically through the Court's CM/ECF system to the parties requesting service by electronic filing, and copies were served via U.S. Mail, postage prepaid, upon:

Euler Hermes North America
800 Red Brook Blvd.
Owings Mills, MD 21117

Susan O'Malley
Clifton Larson Allen, LLP
1 Bronze Point
Belleville, IL 62226

this ___5rd___ day of March, 2015.

_____/s/ Pete K._____