# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings |
| | Under Chapter 11 |
| G and S Foundry and Manufacturing Company | |
| | BK 14–40431–lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):   Employer Tax ID Number (ETIN):

37–0685864

## ORDER ADMITTING ATTORNEY PRO HAC VICE

    This matter is before the Court pursuant to a Motion For Admission Pro Hac Vice filed by Peter D Kerth, attorney for First Bank; the appropriate fee having been tendered to the Clerk of the District Court; it appearing that movant is qualified to try the particular matter at bar; the Court being fully advised in the premises, finds good cause to grant movant's Motion For Admission Pro Hac Vice.

    **IT IS ORDERED** that Peter D Kerth is admitted to practice before the United States Bankruptcy Court for the Southern District of Illinois for the specific purpose of appearing as counsel for First Bank.

ENTERED: March 6, 2015     /s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE